UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**STEPHEN A. DUBOIS, SR.**
**ANN V. DUBOIS**

Case No. **10-07330-BKC-3F7**

_____Debtor(s)._____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: household goods and furnishings, office furniture, HP Computer, 2 printers-scanner, riding lawn mower, saws, assorted tools and pressure washer, for the sum of $3,600.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October \_\_7\_\_, 2011.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October \_\_7\_\_, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

STEPHEN A. DUBOIS, SR.  
ANN V. DUBOIS

Case No. **10-07330-BKC-3F7**

_____Debtor(s)._____

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October __7__, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

```
Label Matrix for local noticing          AT&T Universal Card                       American InfoSource LP as agent for Citibank
113A-3                                   P.O. Box 183037                           PO Box 248840
Case 3:10-bk-07330-JAF                   Columbus, OH 43218-3037                   Oklahoma City, OK 73124-8840
Middle District of Florida
Jacksonville
Fri Oct  7 11:02:16 EDT 2011

American Infosource Lp As Agent for      Bac Home Loans Servici                    Bank of America
Citibank (South Dakota) N.A.             450 American St                           Customer Service
PO Box 248840                            Simi Valley, CA 93065-6285                P.O. Box 5170
Oklahoma City, OK  73124-8840                                                      Simi Valley, CA 93062-5170


Baptist Health                           Care Credit                               Carecr/gemb
P.O. Box 45094                           P.O. Box 981127                           Attn: Bankruptcy
Jacksonville, FL 32232-5094              El Paso, TX 79998-1127                    Po Box 103104
                                                                                   Roswell, GA 30076-9104


Chase Bank USA,N.A                       Gregory K Crews                           (p)DISCOVER FINANCIAL SERVICES LLC
c/o Creditors Bankruptcy Service         8584 Arlington Expressway                 PO BOX 3025
P O Box 740933                           Jacksonville, FL 32211-8003               NEW ALBANY OH 43054-3025
Dallas,Tx 75374-0933


Discover Bank                            Discover Fin                              Ann V DuBois
Dfs Services LLC                         Attention: Bankruptcy                     933 Ridgeway Ct
PO Box 3025                              Po Box 3025                               Orange Park, FL 32065-5800
New Albany, OH  43054-3025               New Albany, OH 43054-3025


Stephen A DuBois Sr                      FIA Card Services                         FIA Card Services, NA/Bank of America
933 Ridgeway Ct                          P.O. Box 15028                            by American InfoSource LP as its agent
Orange Park, FL 32065-5800               Wilmington, DE 19850-5028                 PO Box 248809
                                                                                   Oklahoma City, OK  73124-8809


Fia Csna                                 Florida Dept of Labor and Security        Florida Dept of Revenue
Attn: Bankruptcy                         Hartman Building, Suite 307               P.O. Box 6668
Po Box 182125                            2012 Capital Circle, Southeast            Tallahassee, FL 32314-6668
Columbus, OH 43218-2125                  Tallahassee, FL 32399-6583


John J Freeman                           G M A C                                   GE Money Bank
LaBella Law                              Po Box 12699                              c/o Recovery Management Systems Corporat
1665 Kingsley Avenue, Suite 108          Glendale, AZ 85318                        25 SE 2nd Ave Suite 1120
Orange Park, FL 32073-4415                                                         Miami FL 33131-1605


GEMB / Mervyns                           GEMB / Old Navy                           Gemb/jcp
Attention: Bankruptcy                    Attention: Bankruptcy                     Attention: Bankruptcy
Po Box 103104                            Po Box 103104                             Po Box 103104
Roswell, GA 30076-9104                   Roswell, GA 30076-9104                    Roswell, GA 30076-9104


Home Depot                               Hsbc Best Buy                             IRS
P.O. Box 689147                          Attn: Bankruptcy                          Centralized Insolvency Operations
Des Moines, IA 50368-9147                Po Box 5263                               P.O. Box 7346
                                         Carol Stream, IL 60197-5263               Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| Kohls<br>Attn: Recovery Dept<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Kohls<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | Lowes<br>P.O. Box 981084<br>El Paso, TX 79998-1084 |
| Lowes / MBGA<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Merchants Assoc Cool D<br>2066 14 Ave #102<br>Vero Beach, FL 32960-4419 | Old Navy<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |
| Sams<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | Sams Club<br>Attention: Bankruptcy Department<br>Po Box 105968<br>Atlanta, GA 30348-5968 | Sears<br>P.O. Box 183082<br>Columbus, OH 43218-3082 |
| Sears/cbsd<br>8725 W. Sahara Ave<br>The Lakes, NV 89163-0001 | Tax Collector, Clay County<br>P.O. Box 218<br>Green Cove Springs, FL 32043-0218 | Thd/cbsd<br>Citibank USA/Attn: Centralized Bankruptc<br>P.O. Box 20363<br>Kansas City, MO 64195-0363 |
| Tnb-visa<br>Po Box 560284<br>Dallas, TX 75356-0284 | United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Unvl/citi<br>Attn.: Centralized<br>Po Box 20507<br>Kansas City, MO 64195-0507 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
P.O. Box 30943
Salt Lake City, UT 84130-0943

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American InfoSource LP as agent for Citiba<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | (d)Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | (u)Jerry A. Funk<br>Jacksonville |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47